**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

HORACE SHEPARD,

           Petitioner,

           -v-                                          9:23-CV-897 (AJB/MJK)

JOHN RICH, Superintendent
of the Elmira Correctional Facility,

           Respondent.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HORACE SHEPARD<br>Petitioner, Pro Se<br>21-B-1288<br>Cayuga Correctional Facility<br>P.O. Box 1186<br>Moravia, NY 13118 | |
| HON. LETITIA JAMES<br>New York State Attorney General<br>Attorneys for Respondent<br>28 Liberty Street<br>New York, NY 10005 | PRISCILLA I. STEWARD, ESQ.<br>Assistant Attorney General |

**Hon. Anthony Brindisi, U.S. District Judge:**

### ORDER ON REPORT & RECOMMENDATION

On July 26, 2023, *pro se* petitioner Horace Shepard ("petitioner") filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. Broadly speaking, the petition challenged the validity of petitioner's 2021 conviction in Onondaga County Court following his plea of guilty to second-degree criminal possession of a weapon. *See id.* After an initial review, U.S. Magistrate Judge Andrew T. Baxter ordered respondent John Rich ("respondent") to answer

the petition on August 3, 2023.[1]  Dkt. No. 2.  Thereafter, respondent filed the relevant state court records and opposed relief.  Dkt. Nos. 8, 9.  Petitioner filed a traverse.  Dkt. No. 11.  The matter was later reassigned and referred to U.S. Magistrate Judge Mitchell J. Katz.  Dkt. No. 12.

On September 12, 2024, Judge Katz advised by Report & Recommendation ("R&R") that the petition should be denied and dismissed.  Dkt. No. 14.  As Judge Katz explained, petitioner's Fourth Amendment claims were procedurally barred, unexhausted, or meritless.  *Id*.  Judge Katz further determined that petitioner's remaining challenges to his conviction were not cognizable on habeas corpus review.  *Id*.  Accordingly, Judge Katz recommended that the petition be denied and dismissed.  *Id*.

Petitioner has not lodged objections.  Notably, the copy of Judge Katz's R&R that was initially sent to petitioner at Cayuga Correctional Facility was returned undelivered.  Dkt. No. 15.  This returned mailing included a sticker on the envelope that indicated "Return to Sender Unable to Forward" and a notation that stated "Did not pick up mail after 3 tries."  *Id*.

Thereafter, the Clerk of the Court confirmed petitioner's current location using a DOCCS database and re-served the R&R to an appropriate address at the Cayuga Correctional Facility on October 8, 2024.  Dkt. No. 15.  Petitioner has not responded to this second mailing, which has *not* been returned undelivered.  Thus, even accounting for the delay, the time period in which to lodge objections has long expired.  *See* Dkt. Nos. 14, 15.

The matter has recently been reassigned to this Court for a decision.  Dkt. No. 16.  Upon review for clear error, the R&R will be accepted and adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

---

[1] The petition initially named as a respondent "The People of the State of New York," but, because the proper respondent in a § 2254 action is the superintendent of the facility in which the petitioner is incarcerated, Judge Baxter directed the Clerk of the Court to amend the caption appropriately.  Dkt. No. 2 at 1 n.1.

ORDERED that

1. The Report & Recommendation (Dkt. No. 14) is ACCEPTED;

2. The petition is DENIED and DISMISSED; and

3. No certificate of appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motion and close the file.

**IT IS SO ORDERED.**

Dated: January 24, 2025
Utica, New York.

Anthony J. Brindisi
U.S. District Judge